IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE POLENCHECK,

    Plaintiff,

v.                                                                                    18-cv-20-jdp

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of Nancy A. Berryhill, Acting Commissioner of Social Security denying benefits to plaintiff Christine Polencheck and dismissing this case.

| /s/ | 2/1/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |